11753972

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

FILED

for the

Eastern District of Virginia

2025 APR 23 P 2: 46

| | |
|---|---|
| United States of America<br>v.<br>**PETER MIRCHEV**<br><br>*Defendant* | )<br>)<br>)  Case No. 1:24-MJ-495<br>)<br>)<br>) |

2024 DEC 20 17:41
UNITED STATES MARSHAL

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   **PETER MIRCHEV** ,

who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment     ❏ Superseding Indictment     ❏ Information     ❏ Superseding Information     ☑ Complaint
❏ Probation Violation Petition     ❏ Supervised Release Violation Petition     ❏ Violation Notice     ❏ Order of the Court

This offense is briefly described as follows:

Conspiracy to Aid and Abet Unlawful Importation of Narcotics, in violation of 21 U.S.C. §§ 959(a), 960(a)(3) and (b)(1)(B), 963;

Conspiracy to Aid and Abet Possession of Firearms in Furtherance of Drug Importation Conspiracy, in violation of 18 U.S.C. § 924(o) and 2.

| | |
|---|---|
| Date: 12/20/2024 | **Lindsey R Vaala**  Digitally signed by Lindsey R Vaala<br>Date: 2024.12.20 14:34:38 -05'00'<br>*Issuing officer's signature* |
| City and state:  Alexandria, VA | The Honorable Lindsey R. Vaala, U.S. Magistrate Judge<br>*Printed name and title* |

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ . |
| Date:  04-22-2025 |

*Sylvia Skelton*
*Arresting officer's signature*

Sylvia Skelton - Investigative Analyst
*Printed name and title*

RETURN UNEXECUTED - INDICTMENT ISSUED ON 04-15-2025