# UNITED STATES DISTRICT COURT
# STATUS CONFERENCE MINUTES

Date: **9/16/2026**
Time: **9:04 – 9:09**

Judge: Hon. Anthony J. Trenga
Reporter: Stephanie Austin
Deputy Clerk: Dani Zirk
Interpreter: Elena Costanzo
Language: Russian

Case Number: **1:25-CR-102-1**

**UNITED STATES OF AMERICA**

vs.

**PETER MIRCHEV** **_X_ Present __ Not Present**

| Counsel for Defendant | Counsel for Government |
|---|---|
| **Frank Salvato**<br>**Steve Zissou** | **Edgardo Rodriguez** |

PROCEEDINGS:

This matter came on for a Status Conference. Gregory Stambaugh is relieved as counsel. Jury Trial set for February 22, 2027 (est. approx. 5 days). The time up to and including is excluded from speedy trial calculations.

Defendant: (**X**) Remanded ( ) Cont'd on Bond ( **)** Referred to USPO ( ) Self-surrender